# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RED BULL NORTH AMERICA, INC., <br><br> Plaintiff, <br> vs. <br> KC DISTRIBUTING, LLC, <br><br> Defendant and Counterclaimant. <br> vs. <br> RED BULL DISTRIBUTION COMPANY, INC., <br><br> Third Party Defendant | Case No. 2:20-CV-08703-AB(KSx) <br><br> [PROPOSED] **ORDER OF DISMISSAL** <br><br> *Fed. R. Civ. P. 41(a)(2)* |

THE COURT having been advised by counsel that the above-entitled action has been settled;

**IT IS THEREFORE ORDERED** that this action is hereby **DISMISSED with prejudice** in its entirety as to all claims and parties. This Court retains full jurisdiction over this action, including to enforce the parties' Settlement Agreement, and the action is dismissed without prejudice to the right, upon good cause shown within ninety (90) days, to re-open the action if settlement is not consummated. Each party shall bear its own attorney's fees and costs, except as may otherwise be provided in the parties' Settlement Agreement.

**IT IS SO ORDERED.**

Dated: March 2, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE